THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, *PAMINA,* FOR EXONERATION FROM OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>Case No. 2:22-cv-01679-BJR<br><br>**RULE F ORDER APPROVING STIPULATION FOR VALUE AND LETTERS OF UNDERTAKING, DIRECTING CLAIMANTS TO FILE AND MAKE PROOF OF CLAIMS, DIRECTING THE ISSUANCE OF MONITION, AND RESTRAINING PROSECUTION OF CLAIMS** |

WHEREAS Petitioner, PAMINA, LLC (hereinafter "Petitioner"), as the owner of the vessel, *PAMINA*, (hereinafter "the Vessel"), filed a Complaint in the U.S. District Court for the Western District of Washington on November 27, 2022, praying for the reasons mentioned therein and First Amended Complaint along with other filings with the Court for exoneration from or limitation of liability, pursuant to 46 U.S.C. §§ 30501, *et seq.*, and Supplemental Admiralty Rule F, as to any and all claims arising out of an incident occurring on navigable waters on May 28, 2022, involving, the Vessel, which sustained damage and estimated to be worth approximately Five Hundred and Fifty Thousand Dollars ($550,000.00); and

RULE F ORDER  - Page 1

278414886v.1

**WILSON ELSER**
Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
1700 7th Avenue, Suite 2100
Seattle, WA 98101
296.709.5900 (Main) ● 206.709.5901 (Fax)

WHEREAS, Petitioner submitted a Stipulation for Value (ECF No. 5) along with Letters of Undertaking (ECF Nos. 5-1 & 5-2) in the amount of $550,500.00 as security under Rule F(1) and LAR 120(b) and applied ex parte for an Order with respect to relief pursuant to Rule F;

IT IS HEREBY ORDERED that the Court approves the stipulation for value and the security in the form of the letters of undertaking (See Complaint of Dammers, *et al.*, 836 F.2d 750, 753, n.2 (2d Cir. 1988); and it is further

ORDERED that a Monition issue against all persons having such claims for any and all losses, personal injuries, destruction of property, as alleged in Petitioner's First Amended Complaint for Exoneration from or Limitation of Liability must file them as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of this Court, Mr. Ravi Subramanian, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 and mail copies to Petitioner's attorneys, B. Otis Felder, Esq., WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 1700 7th Avenue, Suite 2100, Seattle, WA 98101 on or before the 1st day of March, 2023, subject to the rights or any person claiming damages who shall have presented a claim to answer the First Amended Complaint and to controvert, or be defaulted and forever barred from such a claim, and that any claimant desiring to contest Petitioner's right to exoneration from or limitation of liability must file an Answer to Petitioner's allegations and/or a claim as required by Rule F(4) – (5) of the Supplemental Rules, and serve or mail a copy to Petitioner's attorney; and it is further

ORDERED, that public notice of the Monition be given by publication in a newspaper of general circulation, published in Western District of Washington, such publication in said paper to be for at least once for four successive weeks before the return date of this Order demanding the presentation of all claims against Petitioner as well as that Petitioner give notice as to counsel for any known potential claimants or to the claimants where no representation is known; and it is further

ORDERED, that the beginning or continued prosecution of any and all suits, actions or legal proceedings of any nature or description whatsoever, except in the present proceeding, in

RULE F ORDER - Page 2

278414886v.1

**WILSON ELSER**
Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
1700 7th Avenue, Suite 2100
Seattle, WA 98101
296.709.5900 (Main) ● 206.709.5901 (Fax)

respect of any claim arising out of, consequent upon, or in connection with the aforesaid incident on the Vessel, described in the First Amended Complaint for Exoneration from or Limitation of Liability, are hereby stayed and restrained until the hearing and termination of this proceeding.

**SO ORDERED.**

Signed this 19th day of January, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

RULE F ORDER - Page 3

278414886v.1

**WILSON ELSER**
Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
1700 7th Avenue, Suite 2100
Seattle, WA 98101
296.709.5900 (Main) • 206.709.5901 (Fax)