THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, *PAMINA,* FOR EXONERATION FROM OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>Case No. 2:22-cv-01679-BJR<br><br>**MONITION** |

WHEREAS Petitioner, PAMINA, LLC (hereinafter "Petitioner" and also referred to as a Plaintiff-in-Limitation), as the owner of the vessel, *PAMINA*, (hereinafter "the Vessel"), by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, filed a Complaint in the U.S. District Court for the Western District of Washington on November 27, 2022, praying for the reasons mentioned therein and other filings with the Court for exoneration from or limitation of liability concerning losses, damages, personal injuries, deaths, cargo damage, destruction of property, and other occurrences occasioned by or resulting from the incident occurring on navigable waters on May 28, 2022, involving, and praying that a Monition issue out of said Court citing all persons claiming damages for any and all losses, damages, or injuries, to appear before said Court and make due proof of their respective claims and answer the allegations of Petitioner's Complaint, or be forever barred and permanently enjoined from

MONITION  - Page 1

278414887v.1

WILSON ELSER
Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
1700 7th Avenue, Suite 2100
Seattle, WA 98101
296.709.5900 (Main) ● 206.709.5901 (Fax)

making or filing such claims, and that, if it should appear that Petitioner is liable for any such losses, damages, personal injuries, deaths, cargo damages or destruction of property, it may so finally decreed by this Court; and,

WHEREAS the Petitioner has filed a Letters of Undertaking approved by the Court in the sum of Five Hundred and Fifty Thousand, Five Hundred Dollars ($550,500.00), including $500 as required by LR 120(b), and Petitioner further agreeing to such increases in the security, together with adequate surety, if any, as the Court may order from time to time, and the said Court having directed by an Order by the Court that a Monition issue against all persons claiming damages for any losses, deaths and personal injuries, cargo damage, destruction of property, and other occurrences occasioned by such occurrence, citing them to file their respective claims with the Clerk of the Court and to serve on or to mail to Petitioner's attorneys a copy thereof on or before March 1, 2023, or be defaulted.

You are also commanded to cite such claimants to appear and answer the Petition and Complaint herein on or before the said last named date, or within such further time as said Court may grant, and to have and receive such relief as may be due.

You are further commanded to give public notice of this monition by publication of the following in a newspaper of general circulation once a week for four successive weeks prior to the date fixed for the filing of claims:

IN RE: COMPLAINT AND PETITION OF PAMINA LLC, as owner of
the vessel, *PAMINA*, FOR EXONERATION FROM OR LIMITATION OF LIABILITY
W.D. Wash. Case No. 2:22-cv-01679-BJR

Notice is hereby given that PAMINA LLC ("Petitioner") has filed a Complaint on Nov. 27, 2022, pursuant to 46 U.S.C. §§ 30501, et seq., Supplemental Admiralty Rule F, and the various statutes, rules, regulations, and amendments thereof, claiming the right to exoneration from, or limitation of liability for, all claims arising out of a claimed incident on or about May 28, 2022 in involving the vessel PAMINA.

All persons having such claims must file them as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of this Court, Mr. Ravi Subramanian, United States District Court,

WILSON ELSER
Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
1700 7th Avenue, Suite 2100
Seattle, WA 98101
296.709.5900 (Main) ● 206.709.5901 (Fax)

Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101and mail copies to Petitioner's attorneys, B. Otis Felder, Esq., WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 1700 7th Avenue, Suite 2100, Seattle, WA 98101 on or before the 1st day of March, 2023, or be defaulted and forever barred from asserting such a claim.  Any claimant desiring to contest Petitioner's right to exoneration from or limitation of liability must file an Answer to Petitioner's original Complaint and/or a claim as required by Rule F(4) – (5) of the Supplemental Rules, and serve or mail a copy to Petitioner's attorney.

AND WHAT YOU HAVE DONE IN THE PREMISES, DO YOU THEN MAKE THIS RETURN TO THIS COURT, TOGETHER WITH THIS WRIT.

WITNESS the Hon. Barbara J. Rothstein, United States District Judge, this 19th day of January 2023.

By: /s Eric Smits<br>Deputy Clerk

278414887v.1

**WILSON ELSER**
Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
1700 7th Avenue, Suite 2100
Seattle, WA 98101
296.709.5900 (Main) ● 206.709.5901(Fax)