Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, as owner of the vessel, M/V PAMINA (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC, and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering and Laurie Pickering,<br><br>        Third-Party Plaintiffs,<br><br>    v.<br><br>DELTA MARINE INDUSTRIES, INC., N C MACHINERY CO., GLENDINNING PRODUCTS LLC, and DOCKMATE, INC.,<br><br>        Third-Party Defendants, | IN ADMIRALTY<br><br>Cause No. 2:22-cv-01679-BJR<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, *PAMINA*, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | |

    Before the Court, without oral argument, is William P. Jensen of Bauer Moynihan & Johnson LLP's Motion for Leave to Withdraw Appearance and Substitution of Counsel, Docket No. 45. Pursuant to Local Rule 83.2(b)(1), counsel seeks an order permitting him and Mark A. Krisher to withdraw as counsel of record for GEICO Marine Insurance Company and Nicholas

Order Granting Motion for Withdrawal and Substitution of Counsel – pg. 1
Cause No. 2:22-cv-01679-BJR

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*

Leede, and permitting C. Joseph Ou and Tyler Kirsch of Gibson Robb & Lindh LLP, and Vi Reno of Reno Law to substitute as new co-counsel of record in this matter. Because this substitution results in the termination of one law office and the appearance of a new law office, leave of the Court is required. LCR 83.2(b)(1). Having reviewed the pleadings filed in connection with this matter, the Court is fully informed and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Mark A. Krisher and William Jensen of BAUER MOYNIHAN & JOHNSON LLP's Motion for Leave to Withdraw Appearance and Substitution of Counsel, Docket No. 45, is GRANTED.

2. The Clerk's Office is directed to TERMINATE Mark A. Krisher and William Jensen of Bauer Moynihan & Johnson LLP as co-counsel for GEICO Marine Insurance Company and Nicholas Leede and to SUBSTITUTE C. Joseph Ou and Tyler Kirsch of Gibson Robb & Lindh LLP, and Vi Reno of Reno Law as new co-counsel for GEICO Marine Insurance and Nicholas Leede, effective March 30, 2023, the date the motion was filed. The Clerk's Office is directed to list counsel information as follows:

   Vi Jean Reno, WSBA No. 9385
   Law Offices of Vi Jean Reno
   1420 Fifth Avenue, Suite 3000
   Seattle, WA  98101
   Telephone: (206) 622-4100
   Fax: (206) 464-0461
   Email: vjreno@renolawsea.com

   C. Joseph Ou (Admitted *Pro Hac Vice*)
   Tyler J. Kirsch (Admitted *Pro Hac Vice*)
   Gibson Robb & Lindh
   1255 Powell Street

Order Granting Motion for Withdrawal and Substitution of Counsel – pg. 2
Cause No. 2:22-cv-01679-BJR

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*

Emeryville, California 94608
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: jou@gibsonrobb.com
        tkirsch@gibsonrobb.com

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 30th day of March, 2023.

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

  s/ William P. Jensen
William P. Jensen, WSBA No. 56305
Mark A. Kirsher, WSBA No. 39314
2101 Fourth Avenue, Suite 2400
Seattle, Washington 98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
Email: wpjensen@bmjlaw.com
        makrisher@bmjlaw.com
Attorneys for Claimants GEICO Marine Insurance Company and Nicholas Leede

VI JEAN RENO

  s/ Vi Jean Reno
Vi Jean Reno, WSBA No. 9385
Law Offices of Vi Jean Reno
1420 Fifth Avenue, Suite 3000
Seattle, WA  98101
Telephone: (206) 622-4100
Fax: (206) 464-0461

Order Granting Motion for Withdrawal and Substitution of Counsel – pg. 3
Cause No. 2:22-cv-01679-BJR

VI JEAN RENO
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
(206) 622-4100

Email: vjreno@renolawsea.com
GIBSON ROBB & LINDH

  s/ C. Joseph Ou
C. Joseph Ou (Admitted *Pro Hac Vice*)
Tyler J. Kirsch (Admitted *Pro Hac Vice*)
Gibson Robb & Lindh
1255 Powell Street
Emeryville, California 94608
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: jou@gibsonrobb.com
        tkirsch@gibsonrobb.com
Attorneys for Claimant Federal Insurance Company

Order Granting Motion for Withdrawal and Substitution of Counsel – pg. 4
Cause No. 2:22-cv-01679-BJR

*VI JEAN RENO*
*1420 Fifth Avenue, Suite 3000*
*Seattle, WA 98101*
*(206) 622-4100*