THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, *PAMINA*, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>Case No. 22-cv-01679-BJR<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Before the Court, without oral argument, is Edward F. St.Onge Jr. of Goehler & Associates' Motion for Leave to Withdraw Appearance and Substitution of Counsel, ECF No. 47.  Pursuant to Local Rule 83.2(b)(1), counsel seeks an order permitting him to withdraw as co-counsel of record for Claimant Lake Washington Yacht Charters LLC, and permitting Paul Landis of the Bauman Loewe Witt & Maxwell, PLLC firm to substitute as new co-counsel of record in this matter.  Because this substitution results in the termination of one law office and the appearance of a new law office, leave of the Court is required.  LCivR 83.2(b)(1).  Having reviewed the pleadings filed in connection with this matter, the Court is fully informed and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL (22-cv-01679-BJR) - 1

*Goehler & Associates*
*Mailing Address:*
*PO Box 64093*
*St. Paul, MN 55164-0093*
*Tel:   (206) 326-4217*
*Fax:  (855) 827-7902*

1. Edward F. St.Onge Jr. of Goehler & Associates' Motion for Leave to Withdraw Appearance and Substitution of Counsel, **ECF No. 47**, is **GRANTED.**

2. The Clerk's Office is directed to **TERMINATE** Edward F. St.Onge Jr. of Goehler & Associates as co-counsel for Lake Washington Yacht Charters LLC and to **SUBSTITUTE** Paul Landis of Bauman Loewe Witt and Maxwell, PLLC as new co-counsel for Claimant Lake Washington Yacht Charters LLC, effective March 30, 2023, the date the motion was filed.  The Clerk's Office is directed to list counsel information as follows:

   Paul Landis, WSBA #45855
   Bauman Loewe Witt & Maxwell, PLLC
   8765 E Bell Rd., Ste 210
   Scottsdale, AZ 85260-1321
   Telephone: 480-502-4664
   Fax: 480-502-4774
   Email: plandis@blwmlawfirm.com

3. Wayne Mitchell of Anderson & Mitchell remains as co-counsel for Claimant Lake Washington Yacht Charters, LLC and counsel for Claimant Anahit Hovhannisyan.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 31st day of March, 2023.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL (22-cv-01679-BJR) - 2

*Goehler & Associates*
*Mailing Address:*
*PO Box 64093*
*St. Paul, MN 55164-0093*
*Tel:   (206) 326-4217*
*Fax:  (855) 827-7902*

Presented by:

| GOEHLER & ASSOCIATES | BAUMAN LOEWE WITT & MAXWELL, PLLC |
|---|---|
| */s/* Edward F. St.Onge Jr. | |
| Edward F. St.Onge, Jr., WSBA #25240 | */s/* Paul Landis |
| Withdrawing Attorney for Claimant Lake Washington Yacht Charters, LLC | Paul Landis, WSBA #45855 |
| | Substituting Attorney for Claimant Lake Washington Yacht Charters, LLC |

ANDERSON & MITCHELL

*/s/* Wayne E. Mitchell
Wayne E. Mitchell, WSBA #24347
Attorney for Claimants Lake Washington Yacht Charters, LLC and Anahit Hovhannisyan

ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL (22-cv-01679-BJR) - 3

*Goehler & Associates*
*Mailing Address:*
*PO Box 64093*
*St. Paul, MN 55164-0093*
*Tel:   (206) 326-4217*
*Fax:  (855) 827-7902*