THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, as owner of the vessel, *M/V PAMINA* (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC, and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering and Laurie Pickering,<br><br>          Third-Party Plaintiffs,<br><br>     v.<br><br>DELTA MARINE INDUSTRIES, INC., N C MACHINERY CO., GLENDINNING PRODUCTS LLC, and DOCKMATE, INC.,<br><br>          Third-Party Defendants. | IN ADMIRALTY<br><br>No. 2:22-cv-01679-BJR<br><br>STIPULATION AND ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANT N C MACHINERY CO. TO RESPOND TO THIRD-PARTY COMPLAINT |
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, PAMINA, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | |

## **STIPULATION**

1.  Third-party Plaintiffs Pamina, LLC, Brian Pickering, Laura Pickering and Markel American Insurance Company and Third-party Defendant N C Machinery Co. stipulate and agree that good cause exists to extend the time for N C Machinery to respond to the Third-Party Complaint up to and including April 24, 2023.

CERTIFICATE OF SERVICE
(No. 2:22-cv-01679-BJR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

161682558.1

2. Counsel for N C Machinery has just recently been retained. The parties anticipate meeting and conferring regarding substitution of the proper defendant corporate entity. The extension will permit defense counsel to become familiar with the facts and circumstances of the claims and, if necessary, for the parties to adjust the pleadings to name the proper defendant.

3. Accordingly, the parties respectfully submit that good cause exists to extend the deadline for N C Machinery to respond to the third-party complaint up to and including April 24, 2023.

Dated: April 5, 2023

By: s/ Todd W. Rosencrans
Todd W. Rosencrans, Bar No. 26551
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
TRosencrans@perkinscoie.com

*Attorneys for Third-Party Defendants N C Machinery Co.*

Dated: April 5, 2023

By: s/ Jonathan W. Thames
Jonathan W. Thames, CA Bar No. 31060
Brad Pace, CA Bar No. 302510
*Pro Hac Vice application forthcoming*
**Kennedys CMK LLP**
455 Market St., Suite 1900
San Francisco, California 94105
Telephone: +1.415.323.4460
Facsimile: +1.415.323.4445
jonathan.thames@kennedyslaw.com
brad.pace@kennedyslaw.com

*Attorneys for Pamina, LLC, as owner of the M/V Pamina, and Markel American Insurance Company*

## **ORDER**

Based on the foregoing stipulation and good cause shown, it is HEREBY ORDERED, that the deadline for Third-Party Defendant N C Machinery Co. to respond to the Third-Party Complaint is April 24, 2023.

DATED this 10th day of April, 2023.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER
(No. 2:22-cv-01679-BJR) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

161682558.1