THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, as owner of the vessel, *M/V PAMINA* (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC, and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering and Laurie Pickering, <br><br>            Third-Party Plaintiffs, <br><br> v. <br><br> DELTA MARINE INDUSTRIES, INC., N C MACHINERY CO., GLENDINNING PRODUCTS LLC, and DOCKMATE, INC., <br><br>            Third-Party Defendants. | IN ADMIRALTY <br><br> No. 2:22-cv-01679-BJR <br><br> STIPULATION AND ORDER TO SUBSTITUTE N C POWER SYSTEMS CO. FOR N C MACHINERY CO. AS THIRD-PARTY DEFENDANT AND TO AMEND CAPTION |
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, PAMINA, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | |

## STIPULATION

1.      On March 1, 2023, Third-party Plaintiffs Pamina, LLC, Brian Pickering, Laura Pickering and Markel American Insurance Company filed their Third-Party Complaint against Delta Marine Industries, Inc., N C Machinery Co., Glendinning Products, LLC and Dockmate Inc. for alleged damages arising from a multi-vessel collision involving the M/V PAMINA on May 28,

CERTIFICATE OF SERVICE
(No. 2:22-cv-01679-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1    2022. The Third-Party Complaint alleges that work performed on the M/V PAMINA by the third-

2    party defendants caused the collisions.

3        2.    The Third-Party Complaint alleges that Third-Party Defendant N C Machinery Co.

4    conducted service work on the vessel prior to the collision. N C Machinery Co., however,

5    represents that it did not perform service work on the M/V PAMINA, but rather any such work

6    was performed by an affiliated but separate corporate entity, N C Power Systems Co.

7        3.    All Third-Party Plaintiffs, and all Third-Party Defendants that have appeared in this

8    action, stipulate and agree that N C Power Systems Co. should be substituted in place of N C

9    Machinery Co. and all claims against N C Machinery Co. should be considered made against N C

10   Power Systems Co.

11       4.    N C Machinery Co. shall cease to be a party to this action without prejudice to any

12   the Third-Party Plaintiffs ability to re-file their complaint against N C Machinery Co.

13       5.    During the pendency of this action, N C Machinery Co. shall also toll the statute of

14   limitations as to any Third-Party Plaintiffs' claims in this action, and is willing to accept service

15   of a complaint against N C Machinery Co. in the future, and appropriately respond to the complaint

16   in this action without raising the statute of limitations as a defense and/or as a basis for a motion

17   to dismiss. This tolling agreement expires at the conclusion of these third-party proceedings

18   brought by the Third-Party Plaintiffs' against the Third-Party Defendants in this action.

19       6.    The docket and the case caption shall be updated to reflect the substitution of N C

20   Power Systems Co. as Third-Party Defendant in place of N C Machinery Co.

21

22

23

24

25

26   STIPULATION AND ORDER
     (No. 2:22-cv-01679-BJR) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

2

Dated: April 19, 2023

3

By: s/ Todd W. Rosencrans

Todd W. Rosencrans, Bar No. 26551

4

**Perkins Coie LLP**

1201 Third Avenue, Suite 4900

5

Seattle, Washington 98101-3099

Telephone: +1.206.359.8000

6

Facsimile: +1.206.359.9000

TRosencrans@perkinscoie.com

7

*Attorneys for Third-Party Defendant N C*

*Machinery Co. and for substituted Third-Party*

8

*Defendant N C Power Systems Co.*

9

10

Dated: April 19, 2023

11

By: s/ William J. Dow

Francis S. Floyd

12

William J. Dow

13

**Floyd Pflueger & Ringer PS**

3101 Western Ave., Suite 400

14

Seattle, Washington 98121-3017

Telephone: +1.206.441.4455

15

Facsimile: +1.206.441.8484

ffloyd@floyd-ringer.com

16

wdow@floyd-ringer.com

17

*Attorneys for Third-Party Defendants*

*Glendinning Products, LLC*

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER

(No. 2:22-cv-01679-BJR) –3

---

Dated: April 19, 2023

By: s/ Jonathan W. Thames

Jonathan W. Thames, CA Bar No. 31060

Brad Pace, CA Bar No. 302510

*Pro Hac Vice application forthcoming*

**Kennedys CMK LLP**

455 Market St., Suite 1900

San Francisco, California 94105

Telephone: +1.415.323.4460

Facsimile: +1.415.323.4445

jonathan.thames@kennedyslaw.com

brad.pace@kennedyslaw.com

*Attorneys for Pamina, LLC, as owner of the*

*M/V Pamina, and Markel American Insurance*

*Company*

Dated: April 19, 2023

By: s/ Thomas George Waller

Thomas George Waller

**Bauer Moynihan & Johnson**

2101 4th Ave, Suite 2400

Seattle, Washington 98121-2320

Telephone: +1.206.443-3400

Facsimile: +1.206.448-9076

tgwaller@bmjlaw.com

*Attorneys for Third-Party Defendants Delta*

*Marine Industries, Inc.*

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

**<u>ORDER</u>**

2      Based on the foregoing stipulation it is HEREBY ORDERED, that (1) N C Power Systems

3  Co. is substituted as Third-Party Defendants in place of N C Machinery Co.; (2) all claims against

4  N C Machinery Co. are now made against N C Power Systems Co.; (3) N C Machinery Co. shall

5  cease to be a party to this action and is dismissed without prejudice; and (4) the docket and the

6  case caption shall be updated to reflect the substitution of N C Power Systems Co. as Third-Party

7  Defendant in place of N C Machinery Co.

8      DATED this 25th day of April, 2023.

9

10

Barbara Jacobs Rothstein
11     U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  STIPULATION AND ORDER
    (No. 2:22-cv-01679-BJR) –4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

161774164.1
161774164.3
161774164.5
161774164.6