Hon. Barbara J. Rothstein

1

2

3

4

5

6

7

8                   **UNITED STATES DISTRICT COURT**

9                 **WESTERN DISTRICT OF WASHINGTON**

10

11  PAMINA, LLC, as owner of the vessel, *M/V*          IN ADMIRALTY
    *PAMINA* (Official Number 1143720), BRIAN
12  PICKERING and LAURIE PICKERING, as                  Case No. 2:22-cv-01679-BJR
    sole members of PAMINA, LLC, and
13  MARKEL AMERICAN INSURANCE
    COMPANY, as subrogee of Pamina, LLC,                **STIPULATED MOTION AND ORDER**
14  Brian Pickering and Laurie Pickering,               **FOR LEAVE TO FILE FIRST**
                                                        **AMENDED THIRD-PARTY**
15              Third-Party Plaintiffs,                 **COMPLAINT**

16         v.

17  DELTA MARINE INDUSTRIES, INC., N C
    POWER SYSTEMS CO., GLENDINNING
18  PRODUCTS LLC, and DOCKMATE, INC.,

19              Third-Party Defendants.

20  IN RE: COMPLAINT AND PETITION OF
    PAMINA, LLC, as owner of the vessel,
21  PAMINA, FOR EXONERATION FROM OR
    LIMITATION OF LIABILITY
22

23

24

25         The Third-Party Defendants, Delta Marine Industries, Inc., N C Power Systems Co.,

26  Glendinning Products LLC, and Dockmate, Inc. (collectively, Third-Party Defendants), stipulate

27  that Third-Party Plaintiffs, PAMINA, LLC, as owner of the vessel, *M/V PAMINA* (Official

                                              1

Number 1143720), Brian Pickering and Laurie Pickering, as sole members of Pamina, LLC, and Markel American Insurance Company, as subrogee of Pamina, LLC, Brian Pickering and Laurie Pickering (collectively, "Third-Party Plaintiffs"), should be granted leave to file its First Amended Third-Party Complaint, attached as Exhibit A. Plaintiff's proposed First Amended Third-Party Complaint adds additional factual allegations as to Third-Party Defendant's Dockmate, Inc. ("Dockmate") and Glendinning Products LLC ("Glendinning"), to cure the deficiencies raised in Dockmate's Motion to Dismiss (Dkt. 66).

## I.   **STIPULATION**

### A.   **Applicable Standard for Amending Complaint.**

Pursuant to Federal  Rule of Civil Procedure 15(a)(2), "[A] party may amend its pleading only with the opposing party's written consent **or** with the court's leave. The court should freely give leave when justice so requires." (emphasis added).  This policy is "to be applied with extreme liberality." *Owens v. Kaiser Found Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) (quoting *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990)).

### B.   **Justice Requires Leave Be Given to Plaintiff to Amend Its Complaint.**

Leave should be granted, as the rules require, absent "any apparent or declared reason - such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc…." *Forman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962)*.*

Justice requires leave be given in this case for the following reasons:  (1) all parties consent and stipulate to permit Third-Party Plaintiffs to amend the Third-Party Complaint to add additional allegations as to Dockmate and Glendinning; (2) Third-Party Plaintiffs seek to amend the complaint to include additional factual allegations to cure the deficiencies raised in Dockmate's motion to Dismiss (Dkt. 66); (3) this case is highly technical in nature, and the new allegations Third-Party Plaintiffs seek leave to include in its pleading reflect its perception of the facts, as well as the information and belief as to how some of these technical systems

Case No. 2:22-cv-01679-BJR
STIPULATED MOTION AND ORDER FOR
LEAVE TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT

KENNEDYS CMK LLP
455 Market St., Suite 1900
San Francisco, CA 94105

1  malfunctioned; (4) this motion and stipulation is timely, as the Court's deadline for parties to

2  amend pleadings is June 26, 2023 (*See* Dkt. 64); and (5) the Third-Party Defendants and Third-

3  Party Plaintiffs stipulate there is no undue prejudice to them as a result of this requested

4  amendment.

5       Accordingly, all parties specifically agree that Third-Party Plaintiffs be granted leave to

6  file their First Amended Third-Party Complaint, attached at Exhibit A.

7  DATED:    June 23, 2023           KENNEDYS CMK LLP

8

9                         By: /s/ *Jonathan W. Thames*
                           JONATHAN W. THAMES

10                             Washington State Bar No. 31060
                           BRAD PACE

11                             California State Bar No. 302510
                           *Pro Hac Vice application forthcoming*

12                             KENNEDYS CMK LLP
                           455 Market St., Suite 1900

13                             San Francisco, CA 94105
                           Telephone:    415-323-4460

14                             Facsimile:    415-323-4445
                           jonathan.thames@kennedyslaw.com

15                             brad.pace@kennedyslaw.com

16                             *Attorneys for PAMINA, LLC, as owner of the*
                           *vessel, M/V PAMINA, BRIAN PICKERING and*

17                             *LAURIE PICKERING, as sole members of*
                           *PAMINA, LLC, and MARKEL AMERICAN*

18                             *INSURANCE COMPANY, as subrogee of*
                           *Pamina, LLC, Brian Pickering and Laurie*

19                           *Pickering*

20       June 23, 2023            PERKINS COIE LLP

21

22                         By: /s/ *Monique R. Wirrick*
                           TODD W. ROSENCRANS

23                             Washington State Bar No. 26551
                           MONIQUE R. WIRRICK

24                             PERKINS COIE LLP
                           1201 Third Avenue, Suite 4900

25                             Seattle, WA 98101-3099
                           Telephone:    206-359-8000

26                             Facsimile:    206-359-9000
                           MWirrick@perkinscoie.com

27

Case No. 2:22-cv-01679-BJR
STIPULATED MOTION AND ORDER FOR
LEAVE TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT

KENNEDYS CMK LLP
455 Market St., Suite 1900
San Francisco, CA 94105

1

2

*Attorneys for Third-Party Defendant N C Machinery Co. and for substituted Third-Party Defendant N C Power Systems Co.*

3

June 23, 2023                    FLOYD PFLUEGER & RINGER PS

4

5                                    By:  /s/ *William J. Dow*
                                          FRANCIS S. FLOYD
6                                          WILLIAM J. DOW
                                          FLOYD PFLUEGER & RINGER PS
7                                          3101 Western Ave., Suite 400
                                          Seattle, WA 98121-3017
8                                          Telephone:    206-441-4455
                                          Facsimile:    206-441-8484
9                                          ffloyd@floyd-ringer.com
                                          wdow@floyd-ringer.com
10

11                                        *Attorneys for Third Party Defendant Glendinning Products, LLC*

12

June 23, 2023                    BAUER MOYNIHAN & JOHNSON

13

14                                    By:  /s/ *Thomas G. Waller*
                                          THOMAS GEORGE WALLER
15                                          BAUER MOYNIHAN & JOHNSON
                                          2101 4th Ave., Suite 2400
16                                          Seattle, WA 98121-2320
                                          Telephone:    206-443-3400
17                                          Facsimile:    206-448-9076
                                          tgwaller@bmjlaw.com
18

19                                        *Attorneys for Third-Party Defendant Delta Marine Industries, Inc.*

20

June 23, 2023                    MURPHY PEARSON BRADLEY & FEENEY

21

22                                    By:  /s/ *Nicholas C. Larson*
                                          NICHOLAS C. LARSON
23                                          Washington State Bar No. 46034
                                          MURPHY PEARSON BRADLEY & FEENEY
24                                          1455 NW Leary Way, Suite 400
                                          Seattle, WA 98107
25                                          Telephone:    206-219-2008
                                          nlarson@mpbf.com
26

27                                        *Attorneys for Third-Party Defendant Dockmate, Inc.*

4

Case No. 2:22-cv-01679-BJR
STIPULATED MOTION AND ORDER FOR
LEAVE TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT

KENNEDYS CMK LLP
455 Market St., Suite 1900
San Francisco, CA 94105

1

**II.**   **ORDER**

2      Based on the foregoing stipulation between all parties, IT IS HEREBY ORDERED that

3  third-Party Plaintiffs are granted leave to file their First Amended Third-Party Complaint,

4  attached hereto as Exhibit A.

5

6      Dated:  July 6, 2023.

7

8      _____

9      Barbara Jacobs Rothstein
       U.S. District Court Judge

10

11

12  Presented by:

13  /s/ Jonathan W. Thames

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Case No. 2:22-cv-01679-BJR                                    KENNEDYS CMK LLP
STIPULATED MOTION AND ORDER FOR                      455 Market St., Suite 1900
LEAVE TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT    San Francisco, CA 94105