THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, as owner of the vessel, *M/V PAMINA* (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC, and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering and Laurie Pickering,<br><br>       Third-Party Plaintiffs,<br><br>v.<br><br>DELTA MARINE INDUSTRIES, INC., N C POWER SYSTEMS CO., GLENDINNING PRODUCTS LLC, and DOCKMATE, INC.,<br><br>       Third-Party Defendants, | IN ADMIRALTY<br><br>No. 2:22-cv-01679-KKE<br><br>**JOINT STIPULATED MOTION FOR TRIAL CONTINUANCE AND ORDER**<br><br>**HEARING DATE:**<br>**October 31, 2023** |
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, PAMINA, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | |

## I.  RELIEF REQUESTED

The parties to this action hereby jointly move the Court, pursuant to Fed. R. Civ. P. 6(b)(1), to extend the discovery deadline and deadline for submitting expert reports by ninety (90) days, for good cause shown, as hereinafter set forth.

FLOYD, PFLUEGER & RINGER P.S.

3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121
TEL 206 441-4455
FAX 206 441-8484

## II. <u>STATEMENT OF THE FACTS</u>

This is a case of admiralty and maritime jurisdiction brought under 28 U.S.C. §1333 and filed pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. The case arises from a maritime accident involving the Vessel, *Pamina.* On May 28, 2022, the Vessel, while transiting through the Ballard Locks in Seattle, Washington, allegedly and without warning, started to move in reverse while the engine control levers were in neutral causing collisions with multiple other vessels and causing damages to these vessels as well as to the Pamina.

On November 22, 2022, *Pamina,* and its owners and insurer, initiated this action by filing a Complaint for Exoneration from Limitation of Liability ("LOLA" action). On January 19, 2022, this Court, pursuant to Supplemental Admiralty Rule F (3), ordered all other actions arising from this maritime accident stayed until the termination of the LOLA action and further ordered that any claimant wishing to assert a claim in the LOLA action must do so by March 1, 2023.

On March 1, 2023, *Pamina* and its owners, Brian and Laurie Pickering, and its insurer, Markel American Insurance Company (*Plaintiffs-In-Limitation*), filed a Third-Party Complaint (and First Amended Complaint on July 6, 2023) against Third Party Defendants, DELTA MARINE INDUSTRIES, INC, N C POWER SYSTEMS CO., GLENDINNING PRODUCTS LLC, and DOCKMATE, INC., alleging that the damages related to this maritime accident arose due to these parties' negligent inspections, installation, supervision, or maintenance of the Vessel's engine systems. Alternatively, it is alleged that GLENDINNING PRODUCTS LLC and/or DOCKMATE, INC. defectively designed and/or defectively manufactured the electronic

JOINT STIPULATED MOTION FOR TRIAL
CONTINUANCE AND ORDER - 2

NO. 2:22-CV-01679-KKE

FLOYD, PFLUEGER & RINGER P.S.

3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121
TEL 206 441-4455
FAX 206 441-8484

and/or wireless engine control systems or component parts thereof. In addition to numerous affirmative claims filed by the parties, cross claims have been filed in this action by Third-Party Defendants against one another.

In addition to *Plaintiffs-In-Limitation,* five (5) other interested parties have filed claims. Also, as noted, there are four (4) parties against whom claims of negligence and defective design and manufacturing have been brought and these parties have asserted cross claims against one another. Resolution of the case will require extensive written discovery. In addition, the parties have engaged experts. Also, it is anticipated that the depositions of all interested parties and of their experts will be required to resolve this claim.

The parties' counsel have conferred and agree that additional time is required to complete discovery than currently allowed under the Court's ORDER SETTING TRIAL DATES entered on May 17, 2023. Pursuant to the Court's current case scheduling order, the parties' expert reports are due on December 4, 2023, and the discovery deadline is January 3, 2024. Notwithstanding best efforts and progress towards the completion of discovery, given the number of party claimants, Third-Party Defendants, and experts engaged by these parties in the case, it will require approximately an additional ninety (90) days to produce expert reports and complete discovery.  Below is a proposed timeline:

| Activity | Current Date | Proposed Date |
| --- | --- | --- |
| BENCH TRIAL DATE | July 1, 2024 | **October 7, 2024** |
| Reports from experts | December 4, 2024 | **March 4, 2024** |
| Discovery Completed by | January 3, 2024 | **June 14, 2024** |
| Dispositive motions filed by | February 4, 2024 | **July 12, 2024** |
| Motions in limine filed by | May 28, 2024 | **August 28, 2024** |

JOINT STIPULATED MOTION FOR TRIAL
CONTINUANCE AND ORDER - 3

NO. 2:22-CV-01679-KKE

FLOYD, PFLUEGER & RINGER P.S.

3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121
TEL 206 441-4455
FAX 206 441-8484

| Joint pretrial statement | June 3, 2024 | **September 3, 2024** |
| Pretrial conference | June 18, 2024 | **September 18, 2024** |
| Length of bench trial | 7-10 days | 7-10 days |

### III.   LAW AND ARGUMENT

Federal Rule of Civil Procedure 6(b)(6) authorizes a district court to grant timely motions to extend time for "good cause." Fed. R. Civ. P. 6(b)(1) (upon a showing of good cause, a court may extend a deadline to act "if a request is made before the original time or its extension expires ..."). *See also Lujan v. Nat'l Wildlife*, Fed. 497 U.S. 871, 896 (1990) (cause must be shown before enlargement of time is granted). "Good cause" is a "non-rigorous standard," but still requires the requesting party to provide a reasonable explanation as to why, despite the party's diligence, the set deadline cannot be met. *United States v. Navarro*, 800 F.3d 1104, 1109 (9th Cir. 2015). The plain language of the rule demonstrates that the good cause standard in the rule is at a court's discretion. ("the court *may*, for good cause, extend the time") (emphasis added); *Manzano v. California Dept. of Motor Vehicles,* 467 Fed. Appx. 683, 685 (9th Cir. 2012) (recognizing abuse of discretion standard as to FRCP 6(b)).

The parties' joint motion to extend the deadlines in this case is brought before the Court now, well prior to the existing deadlines. Also, the parties submit that their request meets the requirement that a showing of good cause must be made for this Court to grant this Motion. The 'good cause' shown are the facts set forth above concerning the number of party claimants, Third-Party Plaintiffs and Third-Party Defendants. These parties have filed affirmative claims, third-party claims, and cross claims. Moreover, it is anticipated that these numerous parties will retain experts to assist the parties in determining the cause and responsibility for the maritime accident the subject of this case.

FLOYD, PFLUEGER & RINGER P.S.

3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121
TEL 206 441-4455
FAX 206 441-8484

1

## IV.  <u>CONCLUSION</u>

2

For good cause shown, the parties respectfully request that the Court grant their Motion,

3

pursuant to Fed. R. Civ. P. 6(b)(1)(A), to extend the deadline for submitting expert reports by

4

ninety (90) days, to March 6, 2024, and that the discovery deadline be extended to March 24,

5

2024, and that all  other case dates, including the trial date, be continued by ninety (90) days to

6

dates convenient to the Court.

7

Dated this 27th day of October, 2023

8

*Counsel for Glendinnings Products*

9

s/William J. Dow

10

Francis S. Floyd, WSBA #10642
William J. Dow, WSBA #51155

11

Drew A. Carson, WSBA #48929

12

Floyd Pflueger & Ringer
3101 Western Avenue, Ste. 400

13

Seattle, WA  98121
(206) 441-4455

14

ffloyd@floyd-ringer.com

15

erin@floyd-rigner.com
wdow@floyd-ringer.com

16

dcarson@floyd-ringer.com
tbolte@floyd-ringer.com

17

18

Dated this 25th day of October, 2023

19

*Counsel for Markel American Insurance*

20

s/Jonathan Thames

21

Jonathan W. Thames, WSBA #31060
Kennedys CMK, LLP

22

455 Market St, Ste 1900
San Francisco, CA 94105

23

(415) 323-4460
jonathan.thames@kennedyslaw.com

24

alice.probst@kennedyslaw.com

25

brad.pace@kennedyslaw.com
helen.davis@kennedyslaw.com

26

juli.carter@kennedyslaw.com
SFKennedysDocket@kennedyslaw.com

27

Dated this 30th day of October, 2023

*Counsel for Plaintiff*

s/Otis Felder

B. Otis Felder, WSBA #24057
Conor F. McCauley, WSBA #58436
Wilson Elser Mostkowitz Edelman & Dicker
1700 – 7th Avenue, Ste. 2100
Seattle, WA  98101
(206) 709-5900
Otis.Felder@wilsonelser.com
Fabiola.sanchez@wilsonelser.com
Otis.felder@yahoo.com
Conor.mccauley@wilsonelser.com

Dated this 25th day of October, 2023

*Counsel for Lake Washington Yacht Charters*

s/ Wayne Mitchell

Wayne Mitchell, WSBA #24347
Anderson & Mitchell, PLLC
1239 120th Ave NE, Ste. A
Bellevue, WA  98005
206-229-7296
wayne@andersonmitchell.com

FLOYD, PFLUEGER & RINGER P.S.

3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121
TEL 206 441-4455
FAX 206 441-8484

1   Dated this 23rd day of October, 2023          Dated this 24th day of October, 2023

2   *Co- Counsel for Lake Washington Yacht*        *Counsel for Atlantic Specialty Ins. Co.*
    *Charters*
3

4   s/Paul T. Landis                               s/ Joseph Tabrisky
    Paul Landis, WSBA #                            Joseph P. Tabrisky,
5   Bauman Loewe Witt & Maxwell, PLLC              Law Offices of Richard E. Bishop
    8765 E Bell Rd., Ste. 210                      222 S Harbor Blvd, Ste. 900
6   Scottsdale, AZ  85260-1321                     Anaheim, CA  92805
    (480) 502-4664                                 (781) 332-7188
7   plandis@blwmlawfirm.com                        jtabrisky@intactinsurance.com
8   malderson@blwmlawfirm.com                      jsteinebrenner@intactinsurance.com
    tdinardo@blwmlawfirm.com                       valejo@intactinsurance.com
9                                                  socalsc@intactinsurance.com

10

11  Dated this 26th day of October, 2023           Dated this 26th day of October, 2023

12  *Co-Counsel for Atlantic Specialty Ins. Co.*   *Counsel for Delta Marine Industries*

13  s/Dustin Hamilton                              s/Thomas G. Waller
    Dustin Hamilton, WSBA #                        Thomas G. Waller, WSBA #22963
14  Legros Buchanan & Paul                         Kellin Tompkins, WSBA #60514
    4025 Delridge Way SW, Suite 500                Bauer Moynihan & Johnson, LLP
15  Seattle, WA  98106                             2101 Fourth Avenue, Suite 2400
    206-623-4990                                   Seattle, WA  98121
16  dhamilton@legros.com                           (206) 905-3232
17  jporter@legros.com                             tgwaller@bmjlaw.com
    sbaskins@legros.com                            ktompkins@bmjlaw.com
18                                                 kchan@bmjlaw.com

19  //

20  //

21  //

22  //

23  //

24  //

25

26

27

JOINT STIPULATED MOTION FOR TRIAL
CONTINUANCE AND ORDER - 6

NO. 2:22-CV-01679-KKE

FLOYD, PFLUEGER & RINGER P.S.

3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121
TEL 206 441-4455
FAX 206 441-8484

Dated this 30th day of October, 2023

*Counsel for N C. Power Systems Co.*

s/Todd Rosencrans
Todd W. Rosencrans, WSBA #26551
Monique Wirrick, WSBA #
Perkins Coie, LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
(206) 359-8000
trosencrans@perkinscoie.com
mwirrick@perkinscoie.com
MLewis@perkinscoie.com
Sbilger@perkinscoie.com
docketseapl@perkinscoie.com

Dated this 30th day of October, 2023

*Counsel for Dockmate, Inc.*

s/Nicholas Larson
Nicholas Larson, WSBA #46034
Murphy Pearson Bradley & Feeney
1455 NW Leary Way, Ste. 400
Seattle, WA  98107
(206) 219-2008
nlarson@mpbf.com

Dated this 30th day of October, 2023

*Counsel for Federal Insurance Company,
Geico Marine Insurance Company and
Nicholas Leede*

s/Chih Yu
Chih Yu (Joseph) Ou, CA Bar#294090
Tyler John Kirsch, CA Bar#332666
Gibson Robb & Lindh
1255 Powell Street
Emeryville, CA  94680
(415) 348-6000
jou@gibsonrobb.com
tkirsch@gibsonrobb.com
efiling@gibsonrobb.com

Dated this 30th day of October, 2023

*Co - Counsel for Federal Insurance
Company, Geico Marine Insurance Company
and Nicholas Leede*

s/Vi Jean Reno
Vi Jean Reno, WSBA # 9385
Reno Law Seattle
1420 Fifth Ave, Suite 3000
Seattle, WA  98101
(206)622-4100
vjreno@renolawsea.com
renolawsea@yahoo.com

FLOYD, PFLUEGER & RINGER P.S.

3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121
TEL 206 441-4455
FAX 206 441-8484

1

## <u>ORDER</u>

2

The Court GRANTS the parties' stipulated motion.  Dkt. No. 99.  The parties are now

3

required to follow the following case schedule to prepare this matter for trial:

4

5

6

| Activity | Current Date | Proposed Date |
|---|---|---|
| BENCH TRIAL DATE | July 1, 2024 | **October 7, 2024** |
| Reports from experts | December 4, 2024 | **March 4, 2024** |
| Discovery Completed by | January 3, 2024 | **June 14, 2024** |
| Dispositive motions filed by | February 4, 2024 | **July 12, 2024** |
| Motions in limine filed by | May 28, 2024 | **August 28, 2024** |
| Joint pretrial statement | June 3, 2024 | **September 3, 2024** |
| Pretrial conference | June 18, 2024 | **September 27, 2024** |
| Length of bench trial | 7-10 days | 7-10 days |

7

8

9

10

11

12

13

14

15

16

DATED: October 31, 2023

17

18

19

20

_Kymberly K. Evanson_

Kymberly K. Evanson
United States District Judge

21

22

23

24

25

26

27