UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, et al.,<br><br>         Third-Party Plaintiffs,<br><br>   v.<br><br>DELTA MARINE INDUSTRIES, INC., et al.,<br><br>         Third-Party Defendants, | IN ADMIRALTY<br><br>CASE NO. C22-1679-KKE<br><br>ORDER DENYING STIPULATED MOTION |
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, PAMINA, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and certain pretrial deadlines. Dkt. No. 105. The parties have requested that the Court schedule a trial to begin on a federal holiday. *See id*. The Court DENIES the parties' stipulation as written and directs the parties to contact courtroom deputy Diyana Staples, at diyana_staples@wawd.uscourts.gov, to obtain dates for use in re-filing a stipulated motion.

Dated this 12th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1