THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, as owner of the vessel, *M/V PAMINA* (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC, and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering and Laurie Pickering,<br><br>        Third-Party Plaintiffs,<br><br>v.<br><br>DELTA MARINE INDUSTRIES, INC., N C POWER SYSTEMS CO., GLENDINNING PRODUCTS LLC, and DOCKMATE, INC.,<br><br>        Third-Party Defendants,<br><br>IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, PAMINA, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>No. 2:22-cv-01679-KKE<br><br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE |

## I.    RELIEF REQUESTED

The Parties hereby jointly stipulate and move the Court to continue the trial date, and related pre-trial deadlines, in this matter. The parties have exchanged thousands of pages of discovery documents and are scheduling both depositions and an inspection of the subject vessel/its parts in the near future. Nevertheless, additional time is needed to complete discovery,

STIPULATION AND ORDER - 1

NO. 2:22-CV-01679-KKE

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue Suite 400
Seattle, WA 98121-3017
206-441-4455

conduct a productive mediation, and prepare the case for trial. Accordingly, the Parties respectfully ask the Court to continue the trial date from October 7, 2024 to March 24, 2025, and also change corresponding pre-trial deadlines.

## II.   FACTS

This is an admiralty case arising from a maritime allision on May 28, 2022 in Seattle's Ballard Locks. Third-Party Plaintiff Pamina, LLC, the owner of the vessel that allegedly caused the allision, claims that the boat reversed without warning while inside the locks, causing it to collide with several other vessels. On November 22, 2022, Pamina, LLC filed this action for Exoneration from Limitation of Liability ("LOLA") under federal law and court rules (Dkt. #1). Four parties filed claims in Pamina, LLC's LOLA action. (*See* Dkt. ## 15, 19, 22, 23). Pamina, LLC, via its insurer, thereafter filed a third-party complaint against four separate third-party defendants herein. (Dkt. #26). All told, there are 10 (or more) parties in this suit, and 11 law firms representing them. (Dkt. #63-1 at p. 9-10).

The Parties jointly moved for a continuance of the initially set trial date on October 31, 2023. (Dkt. #100). The Court granted that motion the same day. (Dkt. #100 at p. 8). The amended case scheduling order set an expert report deadline for March 4, 2024. Discovery is to be completed by June 14, 2024.

Discovery has actively proceeded throughout the fall and winter. The parties have sent and answered numerous sets of Interrogatories, Requests for Production, and Requests for Admission, and thousands of pages of documents have been produced. Multiple depositions are being planned in the near future, and the deposition of Plaintiff-in-Limitation Brian Pickering took place on Friday, February 9, 2024. Ample expert discovery will also occur after the expert report deadline, as all or nearly all of the parties have (at least) a liability expert.

Further, the Parties have conferred and agreed upon a mediator, and are working to schedule a mediation in Summer 2024. The Parties expect to confirm a date within the next week. The Parties believe there is a reasonable chance this case resolves via mediation. However,

STIPULATION AND ORDER - 2

NO. 2:22-CV-01679-KKE

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue Suite 400
Seattle, WA 98121-3017
206-441-4455

1  additional discovery is needed before conducting a productive mediation, which is simply not
2  possible under the current case schedule.
3  Similarly, due to the holidays and the number of parties (including experts) involved, an
4  in-person inspection of the boat and its parts is not expected to occur until February 28 and 29,
5  2024. With an expert disclosure deadline less than a week later on March 4, 2024, there will be
6  insufficient time for experts, who will attend the inspection, to analyze their findings and prepare
7  a report as required by Fed. R. Civ. P. 26(2).
8  The Parties, based on the foregoing, therefore jointly agree to a continuance of the trial
9  date and associated pre-trial deadlines as set forth herein.

### III.    ARGUMENT

11  Fed. R. Civ. P. 16 and Local Rules W.D. Wash. LCR 16 govern case scheduling matters.
12  W.D. Wash. LCR 16(b)(6) states as follows: "The parties are bound by the dates specified in the
13  scheduling order. A schedule may be modified only for good cause and with the judge's consent.
14  Mere failure to complete discovery within the time allowed does not constitute good cause for
15  an extension or continuance." This Court also previously confirmed that the case schedule dates
16  may only be changed by its own Order. (Dkt. ## 64 at p. 2, 100 at p. 8).
17  Good cause exists to continue the trial date here. This is a complex admiralty case
18  involving numerous parties, attorneys, and issues. The parties have conducted substantial
19  discovery, as outlined above, but more remains. An extension of the trial date will allow the
20  parties to fully develop their claims and defenses for trial.
21  Equally important, a continuance will maximize the chances this case resolves at or
22  around mediation this summer. Allowing for additional discovery will ensure the parties have
23  the necessary information to evaluate the claims and defenses, and a continuance will provide
24  additional breathing room so the parties are not incurring potentially avoidable trial preparation
25  costs that will make a pre-trial resolution more challenging.
26  Relatedly, an extension of the expert report deadline is needed given the delays in setting
27  a vessel/parts inspection date. There is insufficient time after the inspection, scheduled for

STIPULATION AND ORDER - 3

NO. 2:22-CV-01679-KKE

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue Suite 400
Seattle, WA 98121-3017
206-441-4455

February 28 and 29, 2024, for the parties' experts to produce a full and complete expert report (by March 4, 2024).

Based on the foregoing, the Parties respectfully request the Court continue the trial date and pre-trial deadlines substantially as follows:

| *Deadline* | *Current Date* | *Proposed Date* |
|---|---|---|
| BENCH TRIAL DATE | October 7, 2024 | **March 24, 2025** |
| Reports from experts | March 4, 2024 | **September 10, 2024** |
| Discovery Completed by | June 14, 2024 | **December 2, 2024** |
| Dispositive motions filed by | July 12, 2024 | **December 19, 2024** |
| Motions in limine filed by | August 28, 2024 | **February 6, 2025** |
| Joint pretrial statement | September 3, 2024 | **February 21, 2025** |
| Pretrial conference | September 27, 2024 | **March 14, 2025** |
| Length of bench trial | 7-10 days | 7-10 days |

### IV.   CONCLUSION

The Parties therefore jointly ask the Court to enter the above-stated amended case schedule and trial date.

//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER - 4

NO. 2:22-CV-01679-KKE

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue Suite 400
Seattle, WA 98121-3017
206-441-4455

| | |
|---|---|
| Dated this 14th day of February, 2024 | Dated this 14th day of February, 2024 |
| *Counsel for Petitioner PAMINA, LLC and Co-Petitioners Brian Pickering and Laurie Pickering* | *Counsel for PAMINA, LLC, as owner of the vessel, M/V PAMINA (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC, and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering and Laurie Pickering* |
| */s/ B. Otis Felder (with permission)* <br> B. Otis Felder, WSBA #24057 <br> Conor F. McCauley, WSBA #58436 <br> WILSON ELSER MOSTKOWITZ EDELMAN & DICKER <br> 1700 – 7th Avenue, Ste. 2100 <br> Seattle, WA  98101 <br> (206) 709-5900 <br> Otis.Felder@wilsonelser.com <br> Conor.mccauley@wilsonelser.com | */s/ Jonathan W. Thames (with permission)* <br> Jonathan W. Thames, WSBA #31060 <br> KENNEDYS CMK, LLP <br> 455 Market St, Ste 1900 <br> San Francisco, CA 94105 <br> (415) 323-4460 <br> jonathan.thames@kennedyslaw.com <br> alice.probst@kennedyslaw.com <br> brad.pace@kennedyslaw.com <br> helen.davis@kennedyslaw.com <br> juli.carter@kennedyslaw.com <br> SFKennedysDocket@kennedyslaw.com |
| Dated this 14th day of February, 2024 | Dated this 14th day of February, 2024 |
| *Counsel for Glendinning Products LLC* | *Counsel for Lake Washington Yacht Charters* |
| */s/ William J. Dow* <br> Francis S. Floyd, WSBA #10642 <br> William J. Dow, WSBA #51155 <br> FLOYD | PFLUEGER <br> KEARNS, NEDDERMAN & GRESS, P.S <br> 3101 Western Avenue, Ste. 400 <br> Seattle, WA  98121 <br> (206) 441-4455 <br> ffloyd@NWTrialAttorneys.com <br> erin@NWTrialAttorneys.com <br> wdow@NWTrialAttorneys.com <br> sklotz@NWTrialAttorneys.com | */s/ Wayne Mitchell (with permission)* <br> Wayne Mitchell, WSBA #24347 <br> ANDERSON & MITCHELL, PLLC <br> 1239 120th Ave NE, Ste. A <br> Bellevue, WA  98005 <br> 206-229-7296 <br> wayne@andersonmitchell.com |

STIPULATION AND ORDER - 5

NO. 2:22-CV-01679-KKE

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue Suite 400
Seattle, WA 98121-3017
206-441-4455

| | |
|---|---|
| Dated this 14th day of February, 2024 | Dated this 14th day of February, 2024 |
| *Co- Counsel for Lake Washington Yacht Charters* | *Counsel for Atlantic Specialty Ins. Co.* |
| /s/ Paul Landis (with permission) | /s/ Joseph P. Tabrisky (with permission) |
| Paul Landis, WSBA #45855 | Joseph P. Tabrisky, WSBA #120749 |
| BAUMAN LOEWE WITT & MAXWELL, PLLC | LAW OFFICES OF RICHARD E. BISHOP |
| 8765 E Bell Rd., Ste. 210 | 222 S Harbor Blvd, Ste. 900 |
| Scottsdale, AZ  85260-1321 | Anaheim, CA  92805 |
| (480) 502-4664 | (781) 332-7188 |
| plandis@blwmlawfirm.com | jtabrisky@intactinsurance.com |
| malderson@blwmlawfirm.com | jsteinebrenner@intactinsurance.com |
| tdinardo@blwmlawfirm.com | valejo@intactinsurance.com |
| | socalsc@intactinsurance.com |
| | |
| | /s/ Dustin Hamilton (with permission) |
| | Dustin Hamilton, WSBA #40451 |
| | LEGROS BUCHANAN & PAUL |
| | 4025 Delridge Way SW, Suite 500 |
| | Seattle, WA  98106 |
| | 206-623-4990 |
| | dhamilton@legros.com |
| | jporter@legros.com |
| | sbaskins@legros.com |
| Dated this 14th day of February, 2024 | Dated this 14th day of February, 2024 |
| *Counsel for Delta Marine Industries* | *Counsel for N C. Power Systems Co.* |
| /s/ Kellin Tompkins (with permission) | /s/ Todd W. Rosencrans (with permission) |
| Thomas G. Waller, WSBA #22963 | Todd W. Rosencrans, WSBA #26551 |
| Kellin Tompkins, WSBA #60514 | Monique Wirrick, WSBA # 34093 |
| BAUER MOYNIHAN & JOHNSON, LLP | PERKINS COIE, LLP |
| 2101 Fourth Avenue, Suite 2400 | 1201 Third Avenue, Suite 4900 |
| Seattle, WA  98121 | Seattle, WA  98101-3099 |
| (206) 905-3232 | (206) 359-8000 |
| tgwaller@bmjlaw.com | trosencrans@perkinscoie.com |
| ktompkins@bmjlaw.com | mwirrick@perkinscoie.com |
| kchan@bmjlaw.com | MLewis@perkinscoie.com |
| | Sbilger@perkinscoie.com |
| | docketseapl@perkinscoie.com |

STIPULATION AND ORDER - 6

NO. 2:22-CV-01679-KKE

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue Suite 400
Seattle, WA 98121-3017
206-441-4455

| | |
|---|---|
| Dated this 14th day of February, 2024 | Dated this 14th day of February, 2024 |
| *Counsel for Federal Insurance Company, Geico Marine Insurance Company and Nicholas Leede* | *Counsel for Dockmate, Inc.* |
| | /s/ Nicholas Larson (with permission) |
| | Nicholas Larson, WSBA #46034 |
| /s/ Chih Yu Ou (with permission) | MURPHY PEARSON BRADLEY & FEENEY |
| Chih Yu (Joseph) Ou, CA Bar #294090 | 1455 NW Leary Way, Ste. 400 |
| Tyler John Kirsch, CA Bar #332666 | Seattle, WA 98107 |
| GIBSON ROBB & LINDH | (206) 219-2008 |
| 1255 Powell Street | nlarson@mpbf.com |
| Emeryville, CA 94680 | |
| (415) 348-6000 | |
| jou@gibsonrobb.com | |
| tkirsch@gibsonrobb.com | |
| efiling@gibsonrobb.com | |
| | |
| /s/ Vi Jean Reno (with permission) | |
| Vi Jean Reno, WSBA #9385 | |
| RENO LAW SEATTLE | |
| 1420 Fifth Ave, Suite 3000 | |
| Seattle, WA 98101 | |
| (206) 622-4100 | |
| vjreno@renolawsea.com | |
| renolawsea@yahoo.com | |

STIPULATION AND ORDER - 7

NO. 2:22-CV-01679-KKE

**FLOYD | PFLUEGER**
**KEARNS, NEDDERMAN & GRESS P.S.**
3101 Western Avenue Suite 400
Seattle, WA 98121-3017
206-441-4455

**ORDER**

The Court GRANTS the parties' stipulated motion to continue the trial date. Dkt. No. 107. The previous case schedule (Dkt. No. 100) is VACATED, and the parties are now required to follow the below case schedule to prepare this matter for trial:

| *Deadline* | *Current Date* | *Proposed Date* |
|---|---|---|
| BENCH TRIAL DATE | October 7, 2024 | **March 24, 2025** |
| Reports from experts | March 4, 2024 | **September 10, 2024** |
| Discovery Completed by | June 14, 2024 | **December 2, 2024** |
| Dispositive motions filed by | July 12, 2024 | **December 19, 2024** |
| Motions in limine filed by | August 28, 2024 | **February 6, 2025** |
| Joint pretrial statement | September 3, 2024 | **February 21, 2025** |
| Pretrial conference | September 27, 2024 | **March 14, 2025** |
| Length of bench trial | 7-10 days | 7-10 days |

DATED: February 14, 2024.

Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER - 8

NO. 2:22-CV-01679-KKE

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue Suite 400
Seattle, WA 98121-3017
206-441-4455