UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, et al.,<br><br>        Third-Party Plaintiffs,<br><br>  v.<br><br>DELTA MARINE INDUSTRIES, INC., et al.,<br><br>        Third-Party Defendants, | IN ADMIRALTY<br><br>CASE NO. C22-1679-KKE<br><br>ORDER DENYING STIPULATED MOTION |
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, PAMINA, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | |

    The parties have filed a stipulated motion requesting that the Court extend certain pretrial deadlines, including the dispositive motions deadline, but not extend the trial date. Dkt. No. 134. The Court appreciates the parties' need for more time, but extending only certain dates would create scheduling problems on the Court's end. The Court's case schedule requires approximately 120 days between the dispositive motions deadline and the trial date, and the parties' proposed schedule does not accommodate that requirement. *See* Dkt. No. 102 at 3.

ORDER - 1

The Court therefore DENIES the parties' stipulation as written (Dkt. No. 134) and directs the parties to contact courtroom deputy Diyana Staples, at diyana_staples@wawd.uscourts.gov, to obtain dates for use in re-filing a stipulated motion, if necessary.

Dated this 21st day of August, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 2