UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, as owner of the vessel, *M/V PAMINA* (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC, and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering and Laurie Pickering,<br><br>　　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>DELTA MARINE INDUSTRIES, INC., N C POWER SYSTEMS CO., GLENDINNING PRODUCTS LLC, and DOCKMATE, INC.,<br><br>　　　　　Third-Party Defendants.| IN ADMIRALTY<br><br>Case No. 2:22-cv-01679-KKE<br><br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE |
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, PAMINA, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | |

The parties have filed a stipulated motion to continue the trial date. Dkt. No. 141. Because the parties have shown good cause to extend the case schedule in this matter, the Court GRANTS the motion to continue the trial date to January 19, 2026. *Id.* The previous case schedule (Dkt.

- 1

No. 139) is VACATED.  The clerk is directed to enter a new case schedule based on the January 19, 2026 trial date, using the Court's preferred offset dates.

Dated this 25th day of March, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

- 2