UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, as owner of the vessel, *M/V PAMINA* (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC, and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering and Laurie Pickering,<br><br>          Third-Party Plaintiffs,<br><br>     v.<br><br>DELTA MARINE INDUSTRIES, INC., N C POWER SYSTEMS CO., GLENDINNING PRODUCTS LLC, and DOCKMATE, INC.,<br><br>          Third-Party Defendants. | IN ADMIRALTY<br><br>Case No. 2:22-cv-01679-KKE<br><br>ORDER VACATING TRIAL DATE |
| IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, PAMINA, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | |

The parties have notified the Court that they have settled this case. Dkt. No. 145. At this time, the Court VACATES the trial date and case schedule. Dkt. No. 143. The parties have informed the Court that they anticipate filing a dismissal of claims in accordance with their

ORDER - 1

settlement agreement, and the Court ORDERS the parties to request such a dismissal no later than October 31, 2025.

Dated this 30th day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 2