THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, as owner of the vessel, M/V PAMINA (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering, and Laurie Pickering,<br><br>        Third-Party Plaintiffs,<br><br> v.<br><br>DELTA MARINE INDUSTRIES, INC., N C POWER SYSTEMS CO., GLENDINNING PRODUCTS LLC, and DOCKMATE, INC.,<br><br>        Third-Party Defendants.<br><br>IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, *PAMINA,* FOR EXONERATION FROM OR LIMITATION OF LIABILITY | NO. 2:22-cv-01679-KKE<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND FOR JUDGMENT OF EXONERATION IN FAVOR OF PETITIONERS PAMINA, LLC, BRIAN PICKERING AND LAURIE PICKERING |

  Third-Party Plaintiffs and Petitioners PAMINA, LLC, as owner of the vessel, M/V PAMINA (Official Number 1143720), Brian Pickering and Laurie Pickering, as sole members of PAMINA, LLC and Markel American Insurance Company, as subrogee of PAMINA, LLC,

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 1

1  Brian Pickering, and Laurie Pickering ("Petitioners"), Third-Party Defendants Glendinning
2  Products LLC, Delta Marine Industries, N C Power Systems Co., Dockmate, Inc. ("Third-Party
3  Defendants"), and Claimants Lake Washington Yacht Charters, Atlantic Specialty Insurance
4  Co., Federal Insurance Company, Geico Marine Insurance Company and Nicholas Leede
5  ("Claimants") hereby stipulate and agree pursuant to FRCP 41(a)(1)(A)(ii) that each and every
6  claim by all parties are dismissed with prejudice and without the award of any costs or fees,
7  except those of Petitioners regarding exoneration from liability, which are to be resolved by the
8  accompanying motion seeking entry of judgment of exoneration entered in Petitioners' favor.

9  Presented and stipulated to by:

*Counsel for Petitioner PAMINA, LLC and Co-Petitioners Brian Pickering and Laurie Pickering*

/s/B. Otis Felder
B. Otis Felder, WSBA #24057
Conor F. McCauley, WSBA #58436
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
1700 – 7th Avenue, Ste. 2100
Seattle, WA 98101
(206) 709-5900
Otis.Felder@wilsonelser.com
Conor.mccauley@wilsonelser.com

*Counsel for PAMINA, LLC, as owner of the vessel, M/V PAMINA (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC, and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering and Laurie Pickering*

/s/Colin Crug
Colin Crug, WSBA #52743
KENNEDYS CMK LLP
1420 5th Ave, Suite 2200
Seattle, WA 98101
(206) 407-1530
colin.crug@kennedyslaw.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 2

Stipulated to by:

| *Counsel for Glendinning Products LLC* | *Counsel for Lake Washington Yacht Charters* |
|---|---|
| /s/William J. Dow | /s/Wayne Mitchell |
| Francis S. Floyd, WSBA #10642 | Wayne Mitchell, WSBA #24347 |
| William J. Dow, WSBA #51155 | ANDERSON & MITCHELL, PLLC |
| FLOYD | PFLUEGER | 1239 120th Ave NE, Ste. A |
| KEARNS, NEDDERMAN & GRESS, P.S | Bellevue, WA 98005 |
| 3101 Western Avenue, Ste. 400 | 206-229-7296 |
| Seattle, WA 98121 | wayne@andersonmitchell.com |
| (206) 441-4455 | |
| ffloyd@NWTrialAttorneys.com | |
| erin@NWTrialAttorneys.com | |
| wdow@NWTrialAttorneys.com | |
| sklotz@NWTrialAttorneys.com | |

| *Co-Counsel for Lake Washington Yacht Charters* | *Counsel for Atlantic Specialty Ins. Co.* |
|---|---|
| /s/Paul Landis | /s/Joseph P. Tabrisky |
| Paul Landis, WSBA #45855 | Joseph P. Tabrisky, CA SBN#120749 |
| BAUMAN LOEWE WITT & MAXWELL, PLLC | LAW OFFICES OF LELIAN H. MAXIMOUS |
| 8765 E Bell Rd., Ste. 210 | 222 S Harbor Blvd, Ste. 900 |
| Scottsdale, AZ 85260-1321 | Anaheim, CA 92805 |
| (480) 502-4664 | (781) 332-7188 |
| plandis@blwmlawfirm.com | jtabrisky@intactinsurance.com |
| malderson@blwmlawfirm.com | jsteinebrenner@intactinsurance.com |
| tdinardo@blwmlawfirm.com | valejo@intactinsurance.com |
| | socalsc@intactinsurance.com |
| | |
| | James R. Dunlap, WSBA #50020 |
| | LEGROS BUCHANAN & PAUL |
| | 4025 Delridge Way SW, Suite 500 |
| | Seattle, WA 98106 |
| | 206-623-4990 |
| | jdunlap@legros.com |
| | jporter@legros.com |
| | sbaskins@legros.com |

*Counsel for Delta Marine Industries*

/s/Thomas G. Waller
Thomas G. Waller, WSBA #22963
BAUER MOYNIHAN & JOHNSON, LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
(206) 905-3232
tgwaller@bmjlaw.com
kchan@bmjlaw.com

*Counsel for N C. Power Systems Co.*

/s/Sean P. Murphy
Todd W. Rosencrans, WSBA #26551
Monique Wirrick, WSBA # 34093
Sean P. Murphy, WSBA #56834
PERKINS COIE, LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
(206) 359-8000
trosencrans@perkinscoie.com
mwirrick@perkinscoie.com
spmurphy@perkinscoie.com
Sbilger@perkinscoie.com
docketseapl@perkinscoie.com

*Counsel for Federal Insurance Company, Geico Marine Insurance Company and Nicholas Leede*

/s/Chih Yu (Joseph) Ou
Chih Yu (Joseph) Ou, CA Bar #294090
GIBSON ROBB & LINDH
1255 Powell Street
Emeryville, CA 94680
(415) 348-6000
jou@gibsonrobb.com
efiling@gibsonrobb.com

Vi Jean Reno, WSBA #9385
RENO LAW SEATTLE
1420 Fifth Ave, Suite 3000
Seattle, WA 98101
(206) 622-4100
vjreno@renolawsea.com
renolawsea@yahoo.com

*Counsel for Dockmate, Inc.*

/s/Miguel Mendez-Pintado
Nicholas Larson, WSBA #46034
Miguel Mendez-Pintado, WSBA #61404
MURPHY PEARSON BRADLEY & FEENEY
520 Pike Street, Suite 1205
Seattle, WA 98101
(206) 219-2008
nlarson@mpbf.com
mmendezpintado@mpbf.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 4

# **O R D E R**

The Court GRANTS the parties' stipulated motion (Dkt. No. 147) and HEREBY ORDERS, ADJUDGES AND DECREES that all claims by all parties are dismissed with prejudice, each party to pay their own costs or fees, except those of Petitioners regarding exoneration from liability, which are to be resolved by the accompanying motion seeking entry of judgment of exoneration entered in Petitioners' favor.

DATED this 4th day November, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge