THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMINA, LLC, as owner of the vessel, M/V PAMINA (Official Number 1143720), BRIAN PICKERING and LAURIE PICKERING, as sole members of PAMINA, LLC and MARKEL AMERICAN INSURANCE COMPANY, as subrogee of Pamina, LLC, Brian Pickering, and Laurie Pickering,<br><br>        Third-Party Plaintiffs,<br><br>   v.<br><br>DELTA MARINE INDUSTRIES, INC., N C POWER SYSTEMS CO., GLENDINNING PRODUCTS LLC, and DOCKMATE, INC.,<br><br>        Third-Party Defendants.<br><br>IN RE: COMPLAINT AND PETITION OF PAMINA, LLC, as owner of the vessel, *PAMINA,* FOR EXONERATION FROM OR LIMITATION OF LIABILITY | NO. 2:22-cv-01679-KKE<br><br>ORDER FOR JUDGMENT OF EXONERATION IN FAVOR OF PETITIONERS PAMINA, LLC, BRIAN PICKERING AND LAURIE PICKERING |

Further to the unopposed *ex parte* application by Plaintiffs and Petitioners PAMINA, LLC, as owner of the vessel, *M/V PAMINA* (Official Number 1143720), co-Petitioners Brian Pickering and Laurie Pickering, as sole members of PAMINA, LLC, and the joint stipulation

ORDER FOR EXONERATION – 1

of the parties dismissing all claims against Petitioners, the Court grants Petitioners' request and directs judgment of exoneration be entered in Petitioners' favor.

DATED this 5th day of November, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge